**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joann Mary Bentler-Alfano a/k/a Joann Mary Alfano a/k/a Joann M. Alfano a/k/a Joann Mary Bentler a/k/a Joann M. Bentler<br>Debtor(s) | BK NO. 23-02240 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                  Respectfully submitted,

                  /s/ *Michael Farrington*
                  Michael Farrington
                  20 Oct 2023, 13:25:30, EDT

                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  215-627-1322