United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                 Case No. 23-02240-MJC

Joann Mary Bentler-Alfano                                                                   Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                             User: AutoDocke                                              Page 1 of 3

Date Rcvd: Oct 30, 2023                                  Form ID: ntcnfhrg                                        Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann Mary Bentler-Alfano, 496 Sheldon Road, Susquehanna, PA 18847-8021 |
| 5569392 | + | Kevin Alfano, 496 Sheldon Rd., Susquehanna, PA 18847-8021 |
| 5569400 | | SWN Production Company, PO Box 12359, Spring, TX 77391-2359 |
| 5569410 | + | Valero, 7201 Canyon Dr., Amarillo, TX 79110-4339 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5569377 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 18:51:53 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5569380 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:03:28 | CBNA/Wayfair, 50 NW Point Blvd., Elk Grove Vlg, IL 60007-1032 |
| 5569378 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 19:03:38 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5569379 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 18:51:34 | Capital One/WalMart, PO Box 31293, Salt Lake City, PA 84131-0293 |
| 5569381 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2023 18:45:00 | Comenity Bank/Jared Jewelers, Bankruptcy Department, P.O. Box 182789, Columbus, OH 43218-2789 |
| 5569382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2023 18:45:00 | Comenity Bank/Legendary Pine, PO Box 182789, Columbus, OH 43218-2789 |
| 5569383 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2023 18:45:00 | Comenity Capital/NFLVS, PO Box 182120, Columbus, OH 43218-2120 |
| 5569384 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2023 18:45:00 | Comenity Capital/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5569385 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:03:28 | Exxon Mobile/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5569388 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 30 2023 18:44:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5571815 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 30 2023 18:44:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5569386 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 30 2023 18:45:00 | Fingerhut, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 5569387 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 30 2023 18:45:00 | Fingerhut/Webbank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 5569389 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 30 2023 18:44:00 | Fortiva/TBom, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |
| 5569390 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2023 18:45:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 5569391 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2023 18:52:04 | JPMCB Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 5573990 | + | Email/Text: RASEBN@raslg.com | Oct 30 2023 18:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5569393 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 30 2023 18:44:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5569394 | | Email/Text: camanagement@mtb.com | Oct 30 2023 18:45:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5569395 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 30 2023 18:45:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5570266 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 30 2023 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5569396 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:13:47 | Sears/CBNA, 133200 Smith Rd., Cleveland, OH 44130 |
| 5569397 | + | Email/Text: bankruptcy@bbandt.com | Oct 30 2023 18:45:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5570936 | | Email/Text: bankruptcy@bbandt.com | Oct 30 2023 18:45:00 | Sheffield Financial, a div of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5569398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:03:29 | Shell/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5569399 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:13:50 | Sunoco/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5569401 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 19:03:33 | Synchrony Bank/Amazon.com, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5569402 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:52:05 | Synchrony Bank/Car Care, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5060 |
| 5569403 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:52:04 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5569405 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:51:46 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5569404 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:52:11 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5569406 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:52:04 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5569408 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:13:50 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5569407 | + | Email/Text: bncmail@w-legal.com | Oct 30 2023 18:45:00 | Target, 7000 Target Parkway M, Mailstop NCD-0450, Brooklyn, MN 55445-4301 |
| 5569409 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:13:50 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Joann Mary Bentler-Alfano tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joann Mary Bentler−Alfano,
aka Joann Mary Alfano, aka Joann M. Alfano, aka Joann M. Bentler, aka Joann Mary Bentler,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−02240−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 14, 2023  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 30, 2023 |

ntcnfhrg (08/21)