UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOANN MARY BENTLER-ALFANO : CHAPTER 13
    Debtor         :
              :
    JACK N. ZAHAROPOULOS  :
    STANDING CHAPTER 13 TRUSTEE :
    Movant         :
              :
    vs.           :
              :
    JOANN MARY BENTLER-ALFANO :
    Respondent     : CASE NO. 5-23-bk-02240

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 30th day of October, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

      a. Need Credit Report.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

        Respectfully submitted:

        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

    BY:  /s/Douglas R. Roeder
        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   14th   day of November, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA   18504

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
