# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 22, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: **Joann Mary Bentler-Alfano**
Chapter 13 Bankruptcy
Case No. 5-23-02240

Dear Sir/Madam:

I have received returned mail for **Sears/CBNA**, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 133200 Smith Rd. Cleveland, OH 44130. The correct information is as follows:

Sears/CBNA
P.O. Box 18301
Columbus, OH 43218-3081

I served the notice and 1st Amended Plan at the above address on December 8, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as