# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 9, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re: Joann Mary Bentler-Alfano
          Chapter 13 Bankruptcy
          Case No. 5:23-02240

Dear Sir/Madam:

    I have received returned mail for **Sears/CBNA** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: P.O. BOX 18301 Columbus, OH 43218-3081. The correct information is as follows:

        Sears/CBNA
        P.O. Box 9001055
        Louisville, KY 40290-1055

I served the Notice at the above address on December 8, 2023. Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as