UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joann Mary Bentler-Alfano  | Case Number: 5-23-02440
* Debtor(s) | Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: January 23, 2024

SIGNED: _Lisa Manchak_

TITLE: _/s/Legal Assistant_

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joann Mary Bentler-Alfano, aka Joann Mary Alfano, aka Joann M. Alfano, aka Joann M. Bentler, aka Joann Mary Bentler, | Chapter 13 |
| | Case No. 5:23-bk-02240-MJC |
| **Debtor 1** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 7, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 19, 2024

orcnfpln(05/18)

Best Buy/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

CBNA/Wayfair
50 NW Point Blvd.
Elk Grove Vlg, IL 60007-1032

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One/WalMart
PO Box 31293
Salt Lake City, PA 84131-0293

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Comenity Bank/Jared Jewelers
Bankruptcy Department
P.O. Box 182789
Columbus, OH 43218-2789

Comenity Bank/Legendary Pine
PO Box 182789
Columbus, OH 43218-2789

Comenity Capital/NFLVS
PO Box 182120
Columbus, OH 43218-2120

Comenity Capital/Overstock
PO Box 182120
Columbus, OH 43218-2120

Exxon Mobile/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Fingerhut
6250 Ridgewood Road
St. Cloud, MN 56303-0820

Fingerhut/Webbank
6250 Ridgewood Road
St. Cloud, MN 56303-0820

Fortiva/TBom
5 Concourse Parkway
Suite 400
Atlanta, GA 30328-9114

Internal Revenue Service
Special Procedures Branch
PO Box 7346
Philadelphia, PA 19101-7346

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kevin Alfano
496 Sheldon Rd
Susquehanna, PA 18847-8021

Kohl's/Capital One
PO Box 3115
Milwaukee, WI 53201-3115

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

PA Dept. of Revenue
Bankruptcy Division, Dept. 280946
Harrisburg, PA 17128-0496

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
BLST SMS LLC & BB Allium Borrowing Trust
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

SWN Production Company
PO Box 12359
Spring, TX 77391-2359

Sears/CBNA
133200 Smith Rd.
Cleveland, OH 44130

Sheffield Financial
PO Box 1847
Wilson, NC 27894-1847

Sheffield Financial, a div of Truist Bank
PO Box 1847
Wilson, NC 27894-1847

Shell/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Sunoco/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Synchrony Bank/Amazon.com
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Car Care
Attn: Bankruptcy Dept
P.O. Box 965064
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Pay Pal
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Pay Pal
Attn: Bankruptcy Dept
P.O. Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Sam's Club
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

THD/CBNA
One Court Square
Long Island City, NY 11120-0001

Target
7000 Target Parkway M
Mailstop NCD-0450
Brooklyn, MN 55445-4301

Tractor Supply/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Valero
7201 Canyon Dr.
Amarillo, TX 79110-4339

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625