# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 15, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: Joann Mary Bentler-Alfano
      Chapter 13 Bankruptcy
      Case No. 5:23-02240

Dear Sir/Madam:

  I have received returned mail for **Sears/CBNA** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 1332200 Smith Road Cleveland, OH 44130. The correct information is as follows:

    Sears/CBNA
    P.O. Box 9001055
    Louisville, KY 40290-1055

  I served the Order Confirming Amended Plan at the above address on January 19th, 2024. Please correct the mailing matrix.

  Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as