UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                       :
JOANN MARY BENTLER-ALFANO  :   CHAPTER 13
                                             :
            Debtor.                    :
*************************************************************************
LAKEVIEW LOAN SERVICING, LLC    :
            Movant,                    :
                                             :
vs.                                          :
JOANN MARY BENTLER-ALFANO  :   CASE NO. 5-23-02240
            Respondents.           :
*************************************************************************

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362
*************************************************************************

AND NOW COMES, Joann Mary Bentler-Alfano, the Debtor, and files an Answer to Lakeview Loan Servicing's Amended Motion for Relief From the Automatic Stay:

1. Joann Mary Bentler-Alfano (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtor has failed to make monthly payments.

3. Debtor is in possession of funds to be applied towards the arrears.

4. In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to include the arrears in an amended Plan and/or over a six (6) month period.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Amended Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: May 28, 2024

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOANN MARY BENTLER-ALFANO | : | CHAPTER 13 |
| | : | |
| Debtor. | : | |

***

| | | |
|---|---|---|
| LAKEVIEW LOAN SERVICING, LLC | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| JOANN MARY BENTLER-ALFANO | : | CASE NO. 5-23-02240 |
| Respondents. | : | |

***

### CERTIFICATE OF SERVICE
***

The undersigned hereby certifies that on May 28, 2024, he caused a true and correct copy of Debtor's Answer to Lakeview Loan Servicing LLC's Amended Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Brian Nicholas, Esq. at brian.nicholas@mccalla.com

Dated:  May 28, 2024                          /s/Tullio DeLuca
                                              Tullio DeLuca, Esquire