# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>JOANN MARY BENTLER-ALFANO<br>*AKA* JOANN MARY ALFANO<br>*AKA* JOANN M. ALFANO<br>*AKA* JOANN MARY BENTLER<br>*AKA* JOANN M. BENTLER<br>**Debtor(s)** | **CHAPTER** 13<br>**CASE NO.** 5:23-bk-02240-MJC |
| LAKEVIEW LOAN SERVICING LLC<br>**Plaintiff(s)/Movants**<br>vs.<br>JOANN MARY BENTLER-ALFANO<br>**Defendant(s)/Respondent(s)** | **NATURE OF PROCEEDING:** Motion for Stay Relief<br>**DOCUMENT No.** 30, 32, 33 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☒ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 28, 2024         /s/ Brian C. Nicholas
                               Attorney for:   LAKEVIEW LOAN SERVICING LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.