United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 23-02240-MJC

Joann Mary Bentler-Alfano                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                    Page 1 of 2

Date Rcvd: Oct 21, 2024                          Form ID: pdf010                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

**Recip ID            Recipient Name and Address**
            +   Kevin Alfano, 496 Sheldon Road, Susquehanna, PA 18847-8021

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

Brian Nicholas
                                on behalf of Creditor LAKEVIEW LOAN SERVICING LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com

Brian Nicholas
                                on behalf of Creditor Lakeview Loan Servicing LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com

Denise E. Carlon
                                on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                                TWecf@pamd13trustee.com

Tullio DeLuca
                                on behalf of Debtor 1 Joann Mary Bentler-Alfano tullio.deluca@verizon.net

United States Trustee
                                ustpregion03.ha.ecf@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

| | |
|---|---|
| In Re:<br>　　JOANN MARY BENTLER-ALFANO<br>　　*AKA* JOANN MARY ALFANO<br>　　*AKA* JOANN M. ALFANO<br>　　*AKA* JOANN MARY BENTLER *AKA*<br>　　JOANN M. BENTLER<br>　　Debtor(s)<br><br><br><br>　　LAKEVIEW LOAN SERVICING LLC<br>　　Movant<br>　　v.<br><br>　　JOANN MARY BENTLER-ALFANO<br>　　Debtor(s)<br><br>　　JACK N ZAHAROPOULOS<br>　　Trustee<br>　　Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 5:23-bk-02240-MJC<br><br>Judge: Mark J Conway |

## ORDER APPROVING STIPULATION

Upon consideration of the Stipulation filed at Dkt. # 42 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 21, 2024