Certificate Number: 15317-PAM-DE-041616421

Bankruptcy Case Number: 23-02240

15317-PAM-DE-041616421

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2026, at 12:45 o'clock PM PDT, Joann M Bentler Alfano completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 29, 2026

By: /s/Rose Benito

Name: Rose Benito

Title: Certified Counselor